**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
Telephone: +1 (212) 488-1200
Facsimile: +1 (212) 488-1220
Steven G. Kobre
Daniel J. Saval

-and-

201 South Biscayne Boulevard, Suite 1900
Miami, Florida 33131
Telephone: +1 (305) 967-6100
Fax: +1 (205) 967-6120
Michael Fasano (*pro hac vice* pending)

*Counsel to Gerald Glass*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SPIRIT AVIATION HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11897 (SHL)<br><br>(Jointly Administered) |
| SPIRIT AIRLINES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CSDS ASSET MANAGEMENT LLC, ZED AEROCAPITAL LLC, WIKERT INVESTMENTS COMPANY LLC, SRIYANTHA BENEDICT SIRIMANNE, CHRISTOPHER KELLER, GERALD GLASS, JIM IACONO, ZANDER FUTERNICK, AND GARY LESNICK<br><br>Defendants. | Adversary Proceeding<br>No. 26-01102 (SHL) |

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

**DECLARATION OF GERALD GLASS IN SUPPORT OF MOTION TO DISSOLVE, CLARIFY, AND MODIFY TEMPORARY RESTRAINING ORDER**

I, Gerald G. Glass, pursuant to 28 U.S.C. § 1746 and Local Bankruptcy Rule 6.1(d), hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 years and am fully competent to testify to the matters set forth herein.

2. I make this declaration in support of my Motion to Dissolve, Clarify, and Modify the Temporary Restraining Order entered against me on October 21, 2026.

3. The statements in this Declaration are true to the best of my knowledge.

4. As stated in the October 21, 2026 Temporary Restraining Order ("**TRO**"), I understand I am personally prohibited from transferring, withdrawing, utilizing, encumbering, disbursing, secreting, or moving any assets, property, or funds within my ownership, possession, custody, or control. I am the principal owner of several businesses and exercise control over their assets and available funds. Accordingly, it is my understanding that the TRO's restrictions also prevent me from accessing and using those business assets and funds, including to pay ordinary business expenses and to meet payroll obligations.

5. For example, I am the owner of EZVerify & Validate LLC ("**EZVerify**"), based in Ft. Lauderdale, Florida, a company that is [redacted]. EZVerify has an active office with [redacted]. EZVerify also has additional regular expenses including [redacted]. Currently, EZVerify cannot pay any of those obligations because I understand that the TRO restrains me from managing any funds, including the financial affairs of

my businesses such as EZVerify. If EZVerify cannot make payments during the pendency of the TRO, it may lose the ability to continue conducting business, which would result in [redacted] being without the services EZVerify provides. Employees, vendors and other personnel of EZVerify will also not be able to be paid for their work while the TRO remains in force and EZVerify may experience significant financial disruption or closure.

6. In addition to EZVerify, I also own a company called [redacted]. [redacted]

7. I am also [redacted], and it is my understanding that the TRO currently restricts me from paying any expenses, including [redacted].

8. Neither I nor any entity I control received any transfer from the escrow account at issue in this action. Since February 2026, I have not received any funds from Zed AeroCapital LLC or Wikert Investments. In addition, I have not received any funds from Sriyantha Benedict Sirimanne or CSDS Asset Management LLC in connection with CSDS Asset Management LLC's transaction to purchase planes from Spirit Airlines, LLC.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Davie, Florida on October 22, 2026

*/s/ Gerald G. Glass*

Gerald G. Glass