KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

October 26, 2026

The Honorable Sean H. Lane
Chief United States District Judge
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

**Re: *Spirit Airlines, LLC v. CSDS Asset Management LLC et al.*, Adv. Proc. No. 26-01102-SHL**

Dear Chief Judge Lane:

I write on behalf of Gerald Glass and Spirit Airlines, LLC ("Spirit") to inform the Court that Mr. Glass and Spirit have reached a resolution to Mr. Glass's Motion to Dissolve, Clarify, and Modify Temporary Restraining Order [D.E. 25] and thus no longer require a hearing tomorrow, October 27, 2026. Mr. Glass and Spirit plan to file a stipulation to this effect with the Court soon. We are available should the Court have any questions.

Sincerely,

*/s/ Daniel J. Saval*
Daniel J. Saval
**KOBRE & KIM LLP**
+1 212 488 1200