**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Telephone: (646) 777-0053
Michael J. Barrie
Abbey Walsh

*Attorneys for Defendants CSDS Asset Management LLC, Sriyantha Benedict Sirimanne, and Christopher Keller*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SPIRIT AVIATION HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11897 (SHL)<br><br>(Jointly Administered) |
| SPIRIT AIRLINES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CSDS ASSET MANAGEMENT LLC, ZED AEROCAPITAL LLC, WIKERT INVESTMENTS COMPANY LLC, SRIYANTHA BENEDICT SIRIMANNE, CHRISTOPHER KELLER, GERALD GLASS, JIM IACONO, ZANDER FUTERNICK, AND GARY LESNICK<br><br>Defendants. | Adversary Proceeding No. 26-01102 (SHL) |

**DECLARATION OF CHRISTOPHER KELLER IN SUPPORT OF DEFENDANT CHRISTOPHER KELLER'S MOTION TO DISSOLVE OR, ALTERNATIVELY, <u>MODIFY OR CLARIFY TEMPORARY RESTRAINING ORDER</u>**

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

I, Christopher Keller, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 years and am fully competent to testify to the matters set forth herein.

2. I make this declaration in support of my Motion to Dissolve or, Alternatively, Modify or Clarify Temporary Restraining Order, which seeks relief from the Amended Temporary Restraining Order (the "Amended TRO") entered against me on October 21, 2026.

3. The statements in this Declaration are true to the best of my knowledge.

4. On October 21, 2026, Plaintiff filed an Amended Complaint in the above-captioned matter, adding me as a defendant in my individual capacity.[2]

5. Also on October 21, 2026, Plaintiff sought and obtained the *ex parte* Amended TRO in the above-captioned matter against me, among others, in my individual capacity.

6. The Amended TRO required Plaintiff to serve all Defendants with the Amended TRO and the Amended Complaint.

7. I retained Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") on October 22, 2026.

8. I understand that on the afternoon of October 26, 2026, Michael J. Barrie, a partner at Benesch, agreed to accept service on my behalf.

9. As stated in the Amended TRO, I understand that I am personally prohibited from transferring, withdrawing, utilizing, encumbering, disbursing, secreting, or moving any assets, property, or funds within my ownership, possession, custody, or control. Accordingly, it is my

[2] All capitalized, defined terms contained herein carry the same definition as they were presented in Defendant's Motion to Dissolve or, Alternatively, Modify or Clarify Temporary Restraining Order.

understanding that the Amended TRO's restrictions prevent me from currently using any of my asserts, property, or funds to support my or my family's daily life.

10. I am neither a principal, partner, or equity holder of CSDS Asset Management LLC.

11. Neither I nor any member of my family received any transfer from the Escrow Account at issue in this action. I have never received any funds from Zed AeroCapital LLC or Wikert Investments in my personal capacity.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Northbrook, IL
Date: October 26, 2026

*<u>/s/ Christopher Keller</u>*
Christopher Keller