Benesch

Abbey Walsh
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Direct Dial: 646.777.0053
Fax: 646.755.3397
abbey.walsh@beneschlaw.com

October 29, 2026

The Honorable Sean H. Lane
Chief United States District Court Judge
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Re: ***Spirit Airlines, LLC v. CSDS Asset Management LLC et al.***,

Dear Chief Judge Lane,

I write on behalf of Christopher Keller and Spirit Airlines, LLC ("Spirit") to inform the Court that Mr. Keller and Spirit have reached a resolution to Mr. Keller's Motion to Dissolve or, Alternatively, Modify or Clarify Temporary Restraining Order [ECF No. 35] and thus no longer require a hearing on Monday, November 2, 2026. Mr. Keller and Spirit plan to file a stipulation to this effect with the Court soon. We are available should the Court have any questions.

Respectfully,

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP

*/s/ Abbey Walsh*
Michael J. Barrie
Abbey Walsh

AW:rfr