Docusign Envelope ID: 4A290A50-C7F7-8032-817C-7499F821F96A

AMY NASHON (SBN 316353) (*pro hac vice* application pending)
Email: anashon@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone: (310) 553-4441
Facsimile: (310) 201-4746

Attorneys for Defendant, Wikert Investments Company LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SPIRIT AVIATION HOLDINGS, INC., *et al.*[1]<br><br>Debtors | Case No.: 25-11897 (SHL)<br><br>Chapter 11<br><br>(Jointly Administered) |
| SPIRIT AIRLINES, LLC<br>Plaintiff<br>v.<br><br>CSDS ASSET MANAGEMENT LLC, ZED AEROCAPITAL LLC, WIKERT INVESTMENTS COMPANY LLC, SRIYANTHA BENEDICT SIRIMANNE, CHRISTOPHER KELLER, GERALD GLASS, JIM, IACONO, ZANDER FUTERNICK,AND GARY LESNICK<br>Defendants | Adversary Proceeding No.:26-01102 (SHL) |

# DECLARATION OF JAMES WIKERT IN SUPPORT OF MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Spirit Aviation Holdings, Inc. (1797); Spirit Airlines, LLC (7023); Spirit Finance Cayman 1 Ltd. (7020); Spirit Finance Cayman 2 Ltd. (7362); Spirit IP Cayman Ltd. (4732); and Spirit Loyalty Cayman Ltd. (4752). The Debtors' mailing address is 1731 Radiant Drive, Dania Beach, FL 33004.

I, James Wikert, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 years and am fully competent to testify to the matters set forth herein.

2. I am the president of Wikert Investment Company LLC ("WIC"), a Texas limited liability company and Defndant in this action, and I and make this declaration in support of Wikert's Motion to Dissolve, or Alternatively, to Modify, the Amended Temporary Restraining Order (the "Amended TRO") entered against WIC on October 21, 2026.

3. WIC is an investment vehicle owned and managed by me and formed in 2010 to hold my investment in El Media Holdings, a media and digital signage company.

4. Until 2025, WIC engaged in no business activities, and it did not have an operating account until September 2026, and then we opened one only to properly track payments and expenses relating to loans WIC extended to CSDS in 2026 (as described in more detail below). That account has [redacted] in it. A true and correct copy of the last two bank statements is attached hereto as "Exhibit A."

5. I am a long-time aviation professional and have owned, operated and sold aircraft for decades and I regularly invest in the business aviation industry. In that business, I came to know and engaged in several aviation transactions brokered by Benedict Siramanne of CSDS in recent years. Those transactions were at arm's length. Neither I nor any of my companies are otherwise affiliated with CSDS and we shares no officers, directors, agents, managers, or employees with CSDS.

6. Siramanne regularly sought financing from me for aircraft purchases and, until recently, he promptly repaid the funds he had borrowed, with interest. As a guaranty against such loans, CSDS granted WIC a continuing security interest in a Boeing 737-400 registered to CSDS and bearing serial number [redacted].

7. In July 2025, CSDS borrowed [redacted] from my aviation company, [redacted], toward the purchase of two Boeing 777 aircraft from [redacted], and those funds were wired directly to Erin Van Lannen at McAfee & Taft, to remain in escrow until the Buyer substituted the funds with its own deposit. Once the funds were in place, the [redacted] was repaid to [redacted] with an additional [redacted] in interest. A true and correct copy of the July 2025 Loan Agreement is attached hereto as "Exhibit B."

8. On January 12, 2026, CSDS requested a bridge loan of [redacted], to be repaid by February 27, 2026 with [redacted] in interest. This time, to extend the loan, I requested and received the extension of a line of credit from WIC's bank to extend the funds to CSDS. A true and correct copy of the January 2026 Loan Agreement is attached hereto to as "Exhibit C."

9. On February 10, 2026, CSDS sought another bridge loan from WIC for [redacted] As with the 2025 loan, CSDS requested that the funds be transferred directly to the escrow account administered by Erin Van Laanen at McAfee & Taft, and held and applied to the deposit on Spirit's twenty Airbus aircraft until March 15, 2026. WIC again requested a line of credit from the bank and [redacted] was extended and wired from the line of credit to the escrow account. A true and correct copy of the February 2026 Loan Agreement is

Docusign Envelope ID: 4A290A50-C7F7-8032-817C-7499F821F96A

attached hereto as "Exhibit D" and a true and correct copy of the Loan Agreement with WIC's bank is attached as "Exhibit E."

10. Approximately two months later, McAfee & Taft wired the funds back to the bank, and the line of credit was closed. A true and correct copy of the loan statement from the bank is attached hereto as "Exhibit F."

11. Neither I nor anyone at WIC requested, instructed, or initiated the transfer from McAfee & Taft. I do not know who did. Rather, I assumed, as had happened in the past, that the funds had been replaced with the permanent financing necessary to complete CSDS's transaction, and I did not learn otherwise until we were served with the TRO in this case.

12. On or around July 23, 2026, CSDS again requested a bridge loan from WIC, this time for [redacted], in order to close on the purchase of the Spirit aircraft bearing registration number [redacted]. The funds were to be repaid to WIC by August 25, 2026 (although CSDS represented to me they would actually be repaid "within days"). WIC agreed to extend the loan, subject to our bank's approval to issue another line of credit, and the bank agreed to do so with the aircraft pledged as collateral to WIC (and in the event of WIC's default, to the bank).

13. The aircraft was so pledged, the [redacted] was paid to CSDS, and CSDS purchased the plane from Spirit. However, CSDS did not repay the [redacted] to WIC prior to the closing of the aircraft purchase, so McAfee & Taft registered title to the aircraft in WIC's name. A true and correct copy of the email communications with McAfee & Taft regarding this issue is attached hereto as "Exhibit G." A true and correct copy of the title documents is attached hereto as "Exhibit H."

Docusign Envelope ID: 4A290A50-C7F7-8032-817C-7499F821F96A

14. In describing the need for the above-referenced bridge financing, Ben Siramanne had informed me that CSDS was gathering investment funds from various sources in order to purchase the twenty Spirit aircraft, and that it needed us to provide bridge financing only until those investment funds were fully in place. Until this adversary proceeding was brought, at no time was WIC, I or our lawyers aware of the Escrow Agreement, CSDS's Declaration to the Bankruptcy Court submitted on April 18, 2026, the Bankruptcy Court's Sale order of April 24, or any other term, order or obligation which required that the payment of funds to the escrow account and/or Spirit come only from CSDS, and not from any third-party or finance company. To the contrary, based upon our previous experience and the information provided to us, we had no reason to believe that the financing of some or all of the transaction was prohibited by the Bankruptcy Court and CSDS's contractual obligations.

15. Neither Mr. Siramanne, nor anyone else, ever shared the Escrow Agreement between CSDS and Spirit with me. Mr. Siramanne never explained to me that the security deposit funds had to come from CSDS's own funds. He never told me that he submitted a declaration to the Bankruptcy Court representing that he did not need to rely on financing to complete the transaction. He did not provide me with a copy of his declaration or the Sale Order entered by the Court in reliance thereon.

16. After CSDS defaulted on the [redacted] loan, we continued to pursue Mr. Siramanne for the payments due, but despite his repeated promises, the funds were never repaid. Eventually, we engaged an aircraft broker to sell the Airbus (of which we are now the unhappy owner); however, the broker could not begin marketing the aircraft because [redacted].

Docusign Envelope ID: 4A290A50-C7F7-8032-817C-7499F821F96A

17. On or about October 23, 2026, CSDS informed me that there was a TRO against the aircraft and it could not be sold without violating the court's order.

18. I am now in the position of having to personally pay WIC's bank approximately [redacted] since the line of credit matured on October 8, 2026. I am informed and believed that if I cease making the payments, the bank will likely foreclose on the aircraft.

19. We have recently learned that CSDS is not making the payments to store, maintain and insure the aircraft, thereby diminishing the value of our (and the bank's) collateral. [redacted] I do not know if I am legally permitted to personally make those agreements based under the current orders in place.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
92B916DF38FF477...

Executed in Pierre, SD

Date: November 4, 2026

James Wikert

# Exhibit A
# REDACTED

Amarillo National Bank
P.O. Box 1
Amarillo, Texas 79105



## Managing Your Accounts

| | |
|---|---|
| CUSTOMER SERVICE | 806-378-8000 |
| Fraud | 800-472-3272 |
| Lost or Stolen Card | 800-472-3272 |
| Website | www.ANB.com |

WIKERT INVESTMENTS COMPANY LLC
5303 CHALLENGER DR # 41 # LB
DALLAS TX 75237-4709




A Student Debit Card with a Bonus:

- A/B Honor Roll Rewards
  Earn $10 for every report card
- Free Online and Mobile Banking
- Shop online without borrowing mom or dad's credit card

Learn More

Amarillo National Bank
Awesome Service

Member FDIC | anb.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL CHECKING | XXXXX6083 | [redacted] |

## COMMERCIAL CHECKING - XXXXX6083

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/23/2026 | Beginning Balance | [redacted] |
| | [redacted] | [redacted] |
| | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/23/2026 | Beginning Balance | | | [redacted] |
| | No activity this statement period | | | |
| 09/30/2026 | Ending Balance | | | [redacted] |

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | $ |

**Bank Balance shown on this statement** $ ____________

**add +**

**Deposits not credited on this statement (IF ANY)** $ ____________

____________

____________

**Total** $ ____________

**subtract -**

**Checks outstanding** $ ____________

**Balance** $ ____________

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

## If your account balance does not balance – check the following carefully.

- Have you correctly entered the amount of each check on your book register?
- Are the amounts of your deposits entered on check book register the same as in your statement?
- Have all checks been deducted from your register?
- Have you deducted all bank charges from your register?
- Have you carried the correct balance forward from one check book register to the next?
- Have you checked all additions and subtractions on your check book register?

### INFORMATION REGARDING ELECTRONIC FUNDS TRANSFER TRANSACTIONS

In case of errors, or questions about your electronic funds transfer, or to ascertain if a preauthorized electronic funds transfer has made, direct inquiries to our Bank at the address or telephone number on the front of statement.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explains clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## COMMERCIAL CHECKING - XXXXX6083 (continued)

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | [redacted] | [redacted] |
| Total Returned Item Fees | [redacted] | [redacted] |

This page left intentionally blank

Amarillo National Bank
P.O. Box 1
Amarillo, Texas 79105

# Statement Ending 10/30/2026



Account Number: XXXXX6083

## Managing Your Accounts

| | |
|---|---|
| CUSTOMER SERVICE | 806-378-8000 |
| Fraud | 800-472-3272 |
| Lost or Stolen Card | 800-472-3272 |
| Website | www.ANB.com |

WIKERT INVESTMENTS COMPANY LLC
5303 CHALLENGER DR # 41 # LB
DALLAS TX 75237-4709




## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL CHECKING | XXXXX6083 | [redacted] |

## COMMERCIAL CHECKING - XXXXX6083

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2026 | **Beginning Balance** | [redacted] |
| | 1 Credit(s) This Period | $[redacted] |
| | 0 Debit(s) This Period | [redacted] |
| 10/30/2026 | **Ending Balance** | [redacted] |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 10/01/2026 | **Beginning Balance** | | | [redacted] |
| 10/06/2026 | [redacted] | | [redacted] | [redacted] |

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | $ | |

**Bank Balance shown on this statement** $ ____________

**add +**

**Deposits not credited on this statement (IF ANY)** $ ____________

____________

____________

**Total** $ ____________

**subtract -**

**Checks outstanding** $ ____________

**Balance** $ ____________

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

## If your account balance does not balance – check the following carefully.

- Have you correctly entered the amount of each check on your book register?
- Are the amounts of your deposits entered on check book register the same as in your statement?
- Have all checks been deducted from your register?
- Have you deducted all bank charges from your register?
- Have you carried the correct balance forward from one check book register to the next?
- Have you checked all additions and subtractions on your check book register?

### INFORMATION REGARDING ELECTRONIC FUNDS TRANSFER TRANSACTIONS

In case of errors, or questions about your electronic funds transfer, or to ascertain if a preauthorized electronic funds transfer has made, direct inquiries to our Bank at the address or telephone number on the front of statement.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explains clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## COMMERCIAL CHECKING - XXXXX6083 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | ON 10/06/26 AT 11:18 Fund Account | | | |
| **10/30/2026** | **Ending Balance** | | | [redacted] |

### Daily Balances

| Date | Amount |
|---|---|
| 10/06/2026 | [redacted] |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $[redacted] | [redacted] |
| Total Returned Item Fees | [redacted] | [redacted] |

This page left intentionally blank

# Exhibit B
# UNDER SEAL

# Exhibit C
# UNDER SEAL

# Exhibit D
# UNDER SEAL

# EXHIBIT E
# UNDER SEAL

# Exhibit F
# UNDER SEAL

# Exhibit G

[redacted]

---

**From:** Erin Van Laanen <erin.vanlaanen@mcafeetaft.com>
**Sent:** Friday, August 21, 2026 3:57 PM
**To:** Meagan Kavanagh <mkavanagh@wikert.com>; Jim Wikert <jrw@wikert.com>
**Cc:** Benedict Sirimanne <ben@csdsjets.com>
**Subject:** RE: Spirit N696NK, MSN 8824 closing

The FAA bill of sale and FAA 8050-1 application were filed with the FAA this afternoon, conveying title to Wikert Investment Company, LLC.

Attached for your file are copies of the signed and dated documents.

Kind regards,
Erin


**Erin M. Van Laanen**
Attorney
(405) 552-2208 direct
(405) 228-7408 fax
(405) 235-9621 main
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7103
erin.vanlaanen@mcafeetaft.com
BIO | www.mcafeetaft.com



This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.


McAfee & Taft


**Erin Van Laanen**
Attorney
(405) 552-2208 phone
(405) 228-7408 fax
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, Oklahoma 73102
erin.vanlaanen@mcafeetaft.com
www.mcafeetaft.com



This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a

client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

On Aug 21, 2026, at 10:15 AM, Erin Van Laanen <erin.vanlaanen@mcafeetaft.com> wrote:

Danielle Morse, of my office, just emailed the attached documents to Jim and to Ben for digital signature. Upon receipt of those documents, we will date them today's date and file with the FAA. I'll keep you advised as to status.

Kind regards,
Erin

**Erin M. Van Laanen**
Attorney
(405) 552-2208 direct
(405) 228-7408 fax
(405) 235-9621 main
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7103
erin.vanlaanen@mcafeetaft.com
BIO | www.mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**Erin Van Laanen**
Attorney
(405) 552-2208 phone
(405) 228-7408 fax
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, Oklahoma 73102
erin.vanlaanen@mcafeetaft.com
www.mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Erin Van Laanen
**Sent:** Friday, August 21, 2026 12:29 PM
**To:** 'Meagan Kavanagh' <mkavanagh@wikert.com>; Jim Wikert <jrw@wikert.com>
**Cc:** Benedict Sirimanne <ben@csdsjets.com>
**Subject:** RE: Spirit N696NK, MSN 8824 closing

Please note that the aircraft to be transferred today to Wikert Investment Company, LLC is N696NK msn 8824 and IAE V2527-A5 engines, esn V18936 and V18937.

I located the LLC Statement at the FAA and am working on the FAA documents now.

Please let me know what address and telephone number I should use for Wikert Investment Company, LLC on the FAA 8050-1 aircraft registration application.

Kind regards,
Erin

**Erin M. Van Laanen**
Attorney
(405) 552-2208 direct
(405) 228-7408 fax
(405) 235-9621 main
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7103
erin.vanlaanen@mcafeetaft.com
BIO | www.mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

---

**From:** Meagan Kavanagh <mkavanagh@wikert.com>
**Sent:** Friday, August 21, 2026 11:42 AM
**To:** Jim Wikert <jrw@wikert.com>
**Cc:** Erin Van Laanen <erin.vanlaanen@mcafeetaft.com>; Benedict Sirimanne <ben@csdsjets.com>
**Subject:** Re: Spirit N691NK, MSN 8614 closing

Erin,

Also, Wikert Investment Company should already have an LLC Statement on file. This entity has purchased an aircraft before recently.

Thank you,
Meagan

---

**From:** Jim Wikert <jrw@wikert.com>
**Sent:** Friday, August 21, 2026 11:24 AM
**To:** Meagan Kavanagh <mkavanagh@wikert.com>
**Cc:** Erin Van Laanen <erin.vanlaanen@mcafeetaft.com>; Benedict Sirimanne <ben@csdsjets.com>
**Subject:** Re: Spirit N691NK, MSN 8614 closing

Erin,

No funds have been received from CSDS as of yet. Please move the Airbus 320 into Wikert Investment Company as it should have been when authorized closing.
Thank you,

Jim Wikert
Sent from my iPhone

> On Aug 20, 2026, at 12:59 PM, Meagan Kavanagh <mkavanagh@wikert.com> wrote:

JAMES R WIKERT is the sole owner and Manager.

And please make sure Wikert is spelled without the "c". Thank you!

Meagan

---

**From:** Erin Van Laanen <erin.vanlaanen@mcafeetaft.com>
**Sent:** Thursday, August 20, 2026 3:09:39 PM
**To:** Meagan Kavanagh <mkavanagh@wikert.com>; Jim Wikert <jrw@wikert.com>; Benedict Sirimanne <ben@csdsjets.com>
**Subject:** RE: Spirit N691NK, MSN 8614 closing

Thank you Meagan.

If we need to register the aircraft to Wickert Investment Company, then I will need the names of all officers or managers and the names of the owners, to draft the LLC Statement in Support of Registration which needs to be filed with the FAA. The Statement is a summary of the ownership and management of the LLC.

Erin

**Erin M. Van Laanen**
Attorney
(405) 552-2208 direct
(405) 228-7408 fax
(405) 235-9621 main
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102-7103
erin.vanlaanen@mcafeetaft.com
BIO | www.mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**Erin Van Laanen**
Attorney
(405) 552-2208 phone
(405) 228-7408 fax
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, Oklahoma 73102
erin.vanlaanen@mcafeetaft.com
www.mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Meagan Kavanagh <mkavanagh@wikert.com>
**Sent:** Thursday, August 20, 2026 2:19 PM
**To:** Jim Wikert <jrw@wikert.com>; Benedict Sirimanne <ben@csdsjets.com>
**Cc:** Erin Van Laanen <erin.vanlaanen@mcafeetaft.com>
**Subject:** Re: Spirit N691NK, MSN 8614 closing

Erin,

Attached are corporate docs for Wikert Investment Company just in case. If you need anything else, let me know.

Meagan

---

**From:** Jim Wikert <jrw@wikert.com>
**Sent:** Thursday, August 20, 2026 1:17:25 PM
**To:** Benedict Sirimanne <ben@csdsjets.com>
**Cc:** Erin Van Laanen <erin.vanlaanen@mcafeetaft.com>
**Subject:** Re: Spirit N691NK, MSN 8614 closing

Erin,

When I authorized closing the aircraft was to be titled to my company Wikert Investment LLC. Ben is to pay me in full by tomorrow, but if that does not happen, the title must be in my company. I will notify you by 2:00pm Friday the 21st if that needs to happen. Please let Meagan Kavanaugh know if you need any details in Wikert Investments LLC. If I am paid by then this does not need to happen and I will release the lien. Thank you

Jim Wikert
Wikert Investments LLC
President
Sent from my iPhone

> On Aug 7, 2026, at 9:04 AM, Jim Wikert <jrw@wikert.com> wrote:
>
> No $32.6mm!!!
>
> Jim
> Sent from my iPhone
>
>> On Aug 7, 2026, at 9:37 AM, Benedict Sirimanne <ben@csdsjets.com> wrote:

Hi Erin,

This is to let you know that you will be receiving a wire for $33.6 Million from Wikert Investments and Amarillo National Bank, as soon as an incoming wire clears. Once you receive it, please assign $26.5 Million for the above aircraft and close ir ar your earliest convenience.
Please forward Jim your escrow  wire instructions.
As always, thank you your help.

Best Regards

Ben

Get [Outlook for Android]

# Exhibit H

Docusign Envelope ID: 99C121CF-18B7-8BBE-8244-8F044F84CA1A

FILE COPY

OMB Control Number: 2120-0042
Expiration Date 10/31/2025

UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

# AIRCRAFT BILL OF SALE

FOR AND IN CONSIDERATION OF $ 1&OVC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES REGISTRATION NUMBER **N** 696NK

AIRCRAFT MANUFACTURER
Airbus

AIRCRAFT MODEL
A320-232

AIRCRAFT SERIAL NUMBER
8824

DOES THIS 21st DAY OF August , 2026
HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Wikert Investment Company, LLC

Number and Street 6400 S Airpark Place, Hangar 10 Apt/Suite Number ____
City Anchorage
State (or Foreign Province, State, Country) Alaska Zip Code 99502
Telephone Number ( ) 214-417-2020 Email Address irw@wikert.com

DEALER CERTIFICATE NUMBER

AND TO ITS SUCCESSORS EXECUTORS, ADMINISTRATORS, AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF I HAVE SET my HAND AND SEAL THIS 21st DAY OF August, 2026

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK/DIGITAL) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| CSDS Asset Management LLC | Signed by Benedict Sirimanne 18DE3684AA1A495... | President |
| | Benedict Sirimanne | |
| | | |
| | | |

**ACKNOWLEDGMENT** (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

**ORIGINAL: TO FAA:**

FILE COPY

# UNITED STATES OF AMERICA – DEPARTMENT OF TRANSPORTATION
## FEDERAL AVIATION ADMINISTRATION – MIKE MONRONEY AERONAUTICAL CENTER
## AIRCRAFT REGISTRATION APPLICATION

| | | |
|---|---|---|
| UNITED STATES REGISTRATION NUMBER: N696NK | TYPE OF REGISTRATION (Check one box.) | ☐ 1. Individual<br>☐ 2. Partnership<br>☐ 3. Corporation<br>☐ 4. Co-Owner<br>☐ 5. Government<br>☑ 7. Limited Liability Company (LLC)<br>☐ 8. Non-Citizen Corporation<br>☐ 9. Non-Citizen Corporation Co-Owner |
| AIRCRAFT MANUFACTURER AND MODEL: Airbus model A320-232 | | |
| AIRCRAFT SERIAL NUMBER: 8824 | | |

NAME(S) OF APPLICANT(S) [Person(s) shown on evidence of ownership. If individual, give last name, first name and middle initial.]

Wikert Investment Company, LLC

TELEPHONE NUMBER: (214) 417-2020

MAILING ADDRESS (Permanent mailing address for first applicant on list.)

NUMBER AND STREET: 6400 S Airpark Place, Hangar 10

RURAL ROUTE: P.O. BOX

CITY: Anchorage STATE: AK ZIP: 99502

PHYSICAL ADDRESS/LOCATION IF P.O. BOX OR RURAL ROUTE BOX USED FOR MAILING ADDRESS

NUMBER AND STREET:

DESCRIPTION OF LOCATION:

CITY: STATE: ZIP:

☐ ***CHECK HERE IF YOU ARE ONLY REPORTING A CHANGE OF ADDRESS***

### CERTIFICATION

**I/WE CERTIFY:**

(1) That the above aircraft is owned by the undersigned applicant who is: **(MUST CHECK AND/OR COMPLETE a, b, c, or d)**

☑ a. A citizen of the United States as defined by 49 USC 40101(15);

☐ b. A resident alien with alien registration (Form 1-551) No.

☐ c. A non-citizen corporation organized and doing business under the laws of (state) and said aircraft is based and primarily used in the United States. Records of flight hours are available for inspection at **(provide complete physical address)**:

☐ d. A corporation using a voting trust to qualify. Enter name of trustee

(2) If box c or d above is checked, I, the below signed, certify that I am authorized, by the applicant shown above, to sign corporate documents and to seek aircraft registration on behalf of the entity and that I will provide the same authorization if requested;

(3) That the aircraft is not registered under the laws of any foreign country; and

(4) That legal evidence of ownership is attached or has been filed with the Federal Aviation Administration.

**ANY AND ALL SIGNATORIES OF THIS APPLICATION MUST READ THE FOLLOWING AND UNDERSTAND THAT, BY APPLYING A SIGNATURE TO THIS DOCUMENT, THEY ARE SUBJECT TO THE REFERENCED STATUTES AND ASSOCIATED PENALTIES.**

I hereby certify that the information provided herein and in any attachments to the application for aircraft registration is true, accurate and correct to the best of my knowledge and belief. I understand that the information provided by me will be relied on by the FAA administrator in his/her determination of qualification for aircraft registration. I understand that whoever, in any matter within the jurisdiction of any department or agency of the United States, knowingly and willfully falsifies, conceals or covers up (by any trick, scheme or device) a material fact or who makes any false, misleading or fraudulent statements or representations or entry, may be fined up to $250,000 or imprisoned not more than five (5) years or both (18 U.S.C. Sections 1001 and 3571). I understand that, should I intentionally provide any inaccurate or false information, registration of the subject aircraft may be revoked.

**NOTE: If executed for co-ownership, all applicants must sign. Use next page and add page(s) if necessary.**

| | | |
|---|---|---|
| 1 | SIGNATURE: Signed by [signature] 20EF58838820486... | DATE: 8-21-2026 |
| | TYPED/PRINTED NAME: Meagan Kavanagh | TITLE: Manager |
| 2 | SIGNATURE: | DATE: |
| | TYPED/PRINTED NAME: | TITLE: |

**NOTE: Except when the most recent registration of the subject aircraft is expired or cancelled, 14 CFR 47.31(c) provides for an airworthy U.S. aircraft to be operated for up to 90 days within the United States when a copy of the signed application for its registration is carried in the aircraft while awaiting issuance and receipt of the new registration certificate.**